

PLAINTIFF'S
EXHIBIT
3

## LAW OFFICES
# PRATT VREELAND KENNELLY MARTIN & WHITE, LTD.
## P.O. BOX 280
## RUTLAND, VT 05702-0280

MATTHEW D. ANDERSON
JOHN J. KENNELLY
TIMOTHY U. MARTIN
ROBERT S. PRATT
JEFFREY P. WHITE
————
SHANNON E. LAMB
————
NEAL C. VREELAND (RETIRED)

TELEPHONE: (802) 775-7141
FACSIMILE: (802) 775-6483
Website: www.vermontcounsel.com

OFFICE LOCATION
64 NORTH MAIN STREET
RUTLAND, VT 05701

*WRITER'S DIRECT:*
Email: tum@vermontcounsel.com
Telephone: 775-7141, Ext. 217

August 12, 2021

Gary R. Kupferer, Esq.
25 Washington Street
Rutland, VT 05701

Re: 9 Abbey Lane, Rutland

Dear Gary,

Please consider this letter formal notice under sections 20 and 29 of the purchase and sale contract between our clients. My client and I have reviewed your letter, hand delivered earlier today, and wish to make clear that by not closing today, your clients will be in default under the contract and subject to the consequences resulting therefrom including forfeiture of the deposit. The basis you cite for termination is removal of personal property that was included in the sale, yet no items are specifically identified. The August 2 email enclosed with your letter did not authorize removal of any personal property except Christmas ornaments, which the parties previously agreed were excluded. You've indicated your clients "remain willing to extend the closing date to attempt to resolve the issue with respect to the personal property." There is no issue to resolve. All personal property that is to be included in the sale, remains at the property. Because your clients have not identified any items missing from what they contracted to buy, they have no right to terminate the contract on the basis you cite. My client remains ready, willing and able to close today, which is the deadline to close under the contract.

Sincerely,

Timothy U. Martin

TUM:rtm
Enclosures