UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,              CR 05-491 VRW/BZ

   v.

JASON TANG,                  ORDER MODIFYING CONDITIONS
                                  OF PRETRIAL RELEASE

        Defendant.
_____/

    Upon request of defendant and good cause appearing,

    IT IS HEREBY ORDERED that defendant's pretrial release conditions may be modified as follows:

    1.  He is allowed to travel to the Eastern District of California, provided he first notify Pretrial Services;

    2.  His curfew requirement is removed.

Dated: December 21, 2005

_____
BERNARD ZIMMERMAN
Magistrate Judge
United States District Court

**PIER 5 LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331